UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                              )
                                    )   Case No. 05-44409-REG
ALBERT BUCHNER                      )
                                    )   Chapter 7
                     (Debtor)       )

FUND ~~6133900~~ 6047
UNCLAIMED DIVIDENDS TRANSFERRED
TO UNITED STATES TREASURY


ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that eCAST Settlement Corporation (T.I.N. 13-4150500) is entitled to an unclaimed dividend in the amount of $20,349.99.

NOW it is

ORDERED, that the United States Treasury, by check, pay to eCAST Settlement Corporation, the amount of $20,349.99 as such person's unclaimed dividend from FUND ~~613300~~ 6047, and mail said check to: c/o Federal Recovery, Inc., P.O. Box 510, Novelty, OH 44072.


Dated: NEW YORK, NEW YORK

_May 29, 2009_____, 2009          _Arthur M. R_____
                                        Bankruptcy Judge